**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Junior FRAZIER,**
**Defendant–Appellant.**

**No. 01–14680.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 12, 2003.

Stephanie Kearns, Fed. Pub. Def., Fed. Def. Program, Inc., Atlanta, GA, for Defendant–Appellant.

Thomas Aloysius Devlin, Jr., Atlanta, GA, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges

in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.